**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile
Attorneys for Plaintiff, Masimo Corporation

| | |
|---|---|
| MASIMO CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>MINDRAY DS USA, INC., SHENZHEN MINDRAY BIO-MEDICAL ELECTRONICS CO., LTD., and MINDRAY MEDICAL INTERNATIONAL LTD, jointly and severally,<br><br>             Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>Civil Action No.: 15-cv-00457 (SDW)(SCM)<br><br>Civil Action<br><br>**NOTICE OF CROSS-MOTION TO DISMISS OR STAY MINDRAY DS USA, INC.'S COUNTERCLAIMS** |

TO:   Jonathan L. Israel, Esq.
        Foley & Lardner LLP
        90 Park Ave.
        New York, New York 10016
        Attorneys for Defendants

**PLEASE TAKE NOTICE** that on the 16th day of March, 2015, plaintiff, Masimo Corporation, by and through its counsel, Cole Schotz P.C., shall cross-move before the Honorable Susan D. Wigenton, U.S.D.J., of the United States District Court for the District of New Jersey at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order dismissing Mindray DS USA, Inc.'s Counterclaims.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Memorandum of Law and Certification of Steven R. Klein, Esq., submitted in support of this cross-motion.  A proposed form of Order has also been submitted herewith.

52476/0001-11587230v1
March 03, 2015

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief sought herein shall be in writing, filed with the Clerk of the District Court, together with Mindray DS USA, Inc.'s reply in support of its original motion, if any, and served upon the undersigned not later than 7 days prior to the return date of this motion.

COLE SCHOTZ P.C.
Attorneys for Plaintiff,
Masimo Corporation

By: */s/ Steven R. Klein*
    Steven R. Klein

DATED:  March 3, 2015